ACCEPTED
03-14-00545-CR
4499342
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 4:36:50 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00545-CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 4:36:50 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN**

**RICHARD LEE POLLARD,**
                    Appellant

**v.**

**THE STATE OF TEXAS**
                    Appellee

**Appeal in Cause No. CR6692 in the
424th Judicial District Court of Llano County, Texas**

**BRIEF FOR APPELLEE**

-------------------------

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725, Llano, Texas 78643
Telephone                    Telecopier
(325) 247-5755              (325) 247-5274

By:    R. Blake Ewing
       Assistant District Attorney
       State Bar No. 24076376
       asstda2@burnetcountytexas.org
       ATTORNEY FOR APPELLEE

March 13, 2015

ORAL ARGUMENT WAIVED

## IDENTITY OF THE PARTIES

**Trial Court**

Honorable Dan Mills (now former)
424th Judicial District
Burnet County Courthouse Annex (North)
1701 East Polk St., Suite 74
Burnet, TX 78611

**Trial Counsel for Appellee**

Anthony J. Dodson
Assistant District Attorney
P. O. Box 725
Llano, Texas 78643
(325) 247-5755
State Bar No. 05927200

Robert Blake Ewing
Assistant District Attorney
1701 E. Polk St., Suite 24
Burnet, Texas 78611
(512) 756-5449
State Bar No. 24076376

**Appellate Counsel for Appellee**

Robert Blake Ewing
Assistant District Attorney
1701 E. Polk St., Suite 24
Burnet, Texas 78611
(512) 756-5449
State Bar No. 24076376

**Trial Counsel for Appellant**

Richard D. Davis
P.O. Box 398
Burnet, TX 78611
(512) 756-5117
State Bar No. 05537100
rdd@austin.twcbc.com

Barton Joseph Vana
Attorney at Law
P.O. Box 398
Burnet, TX 78611
(512) 756-5117
State Bar No. 24084441

**Appellate Counsel for Appellant**

Richard D. Davis
P.O. Box 398
Burnet, TX 78611
(512) 756-5117
State Bar No. 05537100
rdd@austin.twcbc.com

**Appellant**

Richard Lee Pollard
TDCJ #01934170
SID #02166353
Wallace Pack Unit
2400 Wallace Pack Rd.
Navasota, TX 77868

# TABLE OF CONTENTS

Identity of the Parties................................................................................ ii

Table of Authorities.................................................................................. v

Statement of the Case................................................................................2

Statement on Oral Argument......................................................................3

Reply to Issues Presented...........................................................................3

Statement of the Facts............................................................................... 3

Summary of the Argument and Argument -
    Reply to Issue No. 1...........................................................................4
                The State agrees that no reversible error
                exists in the record of this cause and that the
                appeal herein is frivolous.

Prayer for Relief.......................................................................................5

Certificate of Word Count..........................................................................6

Certificate of Service.................................................................................6

# TABLE OF AUTHORITIES

**Cases**

*Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2nd 492 (1967)…..…4

*High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978)……….…………….…..4

*Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L.Ed.2d 300 1988) …….………4

**Constitutions**

None cited

**Statutes/Rules**

TEX. R. APP. PROC. 38.1(d) …………………………………………………..2

**NO. 03-14-00545-CR**

_____

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN**

_____

**RICHARD LEE POLLARD,**
**Appellant**
**v.**

**THE STATE OF TEXAS**
**Appellee**

_____

**Appeal in Cause No. CR6692
in the 424th Judicial District Court of
Llano County, Texas**

_____

**BRIEF FOR APPELLEE**


TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

**COMES NOW** the State of Texas, hereinafter called Appellee, and submits

this brief pursuant to the provisions of the Texas Rules of Appellate Procedure in

support of the State's request to affirm the judgment of the trial court.


1

## STATEMENT OF THE CASE

Appellant has adequately described the Statement of the Case, although the undersigned will provide a separate statement of the case supported by record references to assist the Court. TEX. R. APP. PROC. 38.1(d).

Appellant was indicted for the offense of Driving While Intoxicated 3rd or More on August 13, 2013. C.R. 6. The State gave notice of its intent to seek an enhanced penalty range on Jan 2, 2014 and amended its notice on April 23, 2014. C.R. 16-17, 37-38. The State moved to amend and interlineate the indictment on April 23, 2014. C.R. 39-40. The trial court granted the State's motion over Appellant's objection. R.R., Vol. 3, pp. 4-6.

Appellant proceeded to trial on June 16, 2014 and entered a plea of not guilty. R.R., Vol. 4, pp. 1, 18. After hearing evidence, the jury returned a verdict finding Appellant guilty of the offense of Driving While Intoxicated 3rd or More as charged in the indictment. C.R. 64. Appellant timely filed his election to have the jury assess punishment. C.R. 59. Upon conclusion of the punishment phase of trial the jury returned its verdict assessing punishment at confinement in the

Institutional Division of the Texas Department of Criminal Justice for a term of life. C.R. 71. Notice of Appeal was timely filed. C.R. 80.

## STATEMENT ON ORAL ARGUMENT

The undersigned waives oral argument. The undersigned does not believe that Oral Argument will be beneficial for this case for the reason that the issues are straightforward and devoid of any novel or complex questions. Should the Court believe that oral argument will assist the Court in any way, the undersigned will accommodate the Court.

## REPLY TO ISSUE PRESENTED

Reply To Issue One:     The State agrees that no reversible error exists in the record of this cause and that the appeal herein is frivolous.

## STATEMENT OF THE FACTS

Appellant's statement of the facts is adequate, and the undersigned believes that Appellant's statement is supported by the record with only one discrepancy. Appellant notes that the State introduced at the punishment phase of trial evidence

of Appellant's prior convictions, and states that one of those convictions was for "intoxication manslaughter." APPELLANT'S BRIEF 3. The conviction referenced by Appellant was, in fact, for involuntary manslaughter under the law as it existed in 1981. R.R., Vol. 7, STATE'S EXHIBIT 15.

In all other respects, the undersigned believes that Appellant has accurately stated the facts of the case.

## SUMMARY OF THE ARGUMENT AND ARGUMENT ON REPLY TO ISSUE NO. 1

(1)    **The State agrees that no reversible error exists in the record of this cause and that the appeal herein is frivolous.**

Appellant seeks to appeal his conviction and sentence. Appellant's appellate counsel describes various arguable grounds for appeal and explains why such grounds do not support a finding of reversible error. The State of Texas has fully reviewed the record and agrees that there was no reversible error committed in the trial proceedings and that the appeal thereof is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.Ed.2nd 492 (1967); *Penson v. Ohio*, 488 U.S. 75, 109 S. Ct. 346, 102 L.Ed.2d 300 (1988); and *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

4

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Appellee prays the Court deny

Appellant's appeal and affirm the judgment of the trial court.

Respectfully submitted,

OFFICE OF DISTRICT ATTORNEY
33RD and 424th JUDICIAL DISTRICTS
Wiley B. McAfee, District Attorney
P. O. Box 725
Llano, Texas 78643

| Telephone | Telecopier |
| --- | --- |
| (325) 247-5755 | (325) 247-5274 |

By: /s/ R. Blake Ewing_____
    R. Blake Ewing
    Assistant District Attorney
    State Bar No. 24076376
    ATTORNEY FOR APPELLEE

## CERTIFICATE OF WORD COUNT

This is to certify that the pertinent portion of this brief contains 608 words printed in Times New Roman 14 font according to the Microsoft Word™ 2013 word count tool.

/s/ R. Blake Ewing_____
R. Blake Ewing


## CERTIFICATE OF SERVICE

This is to certify that a true copy of the above and foregoing instrument, together with this proof of service hereof, has been forwarded by email on the 13th day of March, 2015, to Mr. Richard D. Davis, Attorney for Appellant, at rdd@austin.twcbc.com.

/s/ R. Blake Ewing_____
R. Blake Ewing
Assistant District Attorney